FILE COPY



# Court of Appeals

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

MACKEY K. HANCOCK
Justice

PATRICK A. PIRTLE
Justice

VIVIAN LONG
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

June 30, 2015

David A. Pearson
222 W. Exchange, Ste. 103
Fort Worth, TX 76164
* DELIVERED VIA E-MAIL *

Debra Ann Windsor
Assistant District Attorney
401 W. Belknap St.
Fort Worth, TX 76196-0201
* DELIVERED VIA E-MAIL *

**RE:**  Case Numbers:  07-15-00257-CR, 07-15-00258-CR
Trial Court Case Numbers: 1370095D, 1370096D

**Style:** Michael D. Thomas aka Michael Thomas v. The State of Texas

Dear Counsel:

By Order of the Supreme Court of the State of Texas, the captioned appeals have been transferred to this Court from the Court of Appeals for the Second District of Texas and have been received and given the above appellate numbers.  Please reference the above appellate numbers in all future correspondence in respect to these appeals.

Very truly yours,

*Vivian Long*

VIVIAN LONG, CLERK

xc:  Honorable Wayne F. Salvant (DELIVERED VIA E-MAIL)
Thomas A. Wilder (DELIVERED VIA E-MAIL)
Lorie Naylor (DELIVERED VIA E-MAIL)